ACCEPTED
03-15-00083-CV
7413504
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 2:11:06 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00083-CV

_____

# In the Court of Appeals
# Third District of Texas
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 2:11:06 PM
JEFFREY D. KYLE
Clerk

_____

CRAIG A. WASHINGTON,

APPELLANT

V.

COMMISSION FOR LAWYER DISCIPLINE,

APPELLEE

_____

*Appealed from the 335th District Court*
*Of Bastrop County, Texas*
*Honorable George Gallagher, Judge Presiding*

_____

**APPELLEE'S UNOPPOSED SECOND MOTION
FOR EXTENSION OF TIME TO FILE BRIEF**

_____

LINDA A. ACEVEDO
CHIEF DISCIPLINARY COUNSEL

LAURA BAYOUTH POPPS
DEPUTY COUNSEL FOR ADMINISTRATION

CYNTHIA CANFIELD HAMILTON
SENIOR APPELLATE COUNSEL

OFFICE OF THE CHIEF DISCIPLINARY
COUNSEL
STATE BAR OF TEXAS
P.O. BOX 12487
AUSTIN, TEXAS 78711-2487
512.427.1350; 1.877.953.5535
FAX: 512.427.4167

No. 03-15-00083-CV

_____

# In the Court of Appeals
# Third District of Texas
# Austin, Texas

_____

CRAIG A. WASHINGTON,

APPELLANT

V.

COMMISSION FOR LAWYER DISCIPLINE,

APPELLEE

_____

*Appealed from the 335th District Court*
*Of Bastrop County, Texas*
*Honorable George Gallagher, Judge Presiding*

_____

**APPELLEE'S UNOPPOSED SECOND MOTION
FOR EXTENSION OF TIME TO FILE BRIEF**

_____

Appellee, the Commission for Lawyer Discipline, asks the Court, pursuant

to Rule 38.6(d) of the Texas Rules of Appellate Procedure, for an extension of time

of seven (7) days to file Appellee's brief.

I.

This is an appeal from a Final Judgment entered on January 8, 2015, against

Appellant, Craig A. Washington, in Cause No. 29,123, styled *Commission for*

*Lawyer Discipline v. Craig A. Washington*, in the 335th Judicial District Court of Bastrop County, Texas.

## II.

Appellant timely perfected his appeal. The clerk's record was filed on May 8, 2015, and supplemental clerk's records were filed on June 2, 2015, and July 9, 2015. The reporter's record was filed on May 15, 2015. Appellant filed his brief on August 17, 2015.

## III.

This is Appellee's second request for an extension of time to file its brief. After one extension of time, Appellee's brief was due to be filed on October 16, 2015. Appellee requests an additional seven (7) days to file the brief, **to and including October 23, 2015**. Appellee's counsel, the undersigned attorney, needs additional time to file the brief for the following reasons:

> The undersigned filed a response to a post-submission brief in *John Doe v. Board of Directors of the State Bar of Texas, et al* in the Third Court of Appeals (No. 03-15-00007-CV) on October 14, 2015.

> The undersigned presented oral argument on October 13, 2015, in *William Schultz v. Commission for Lawyer Discipline*, before the Board of Disciplinary Appeals (BODA No. 5649);

> The undersigned filed a brief in *Charles Septowski v. Commission for Lawyer Discipline* (Board of Disciplinary Appeals No. 55901) on September 22, 2015;

The undersigned presented oral argument on September 16, 2015, in *John Doe v. Board of Directors of the State Bar of Texas, et al*, before the Third Court of Appeals (No. 03-15-00007-CV); and

The undersigned filed a brief in *Holly Crampton v. Commission for Lawyer Discipline* in the Eighth Court of Appeals (No. 08-15-00074-CV) on August 10, 2015.

IV.

For these reasons, Appellee prays that this Court grant Appellee's motion in this cause for seven (7) days until **October 23, 2015**.

RESPECTFULLY SUBMITTED:

LINDA A. ACEVEDO
CHIEF DISCIPLINARY COUNSEL

LAURA BAYOUTH POPPS
DEPUTY COUNSEL FOR ADMINISTRATION

CYNTHIA CANFIELD HAMILTON
SENIOR APPELLATE COUNSEL

OFFICE OF THE CHIEF DISCIPLINARY COUNSEL
P.O. BOX 12487
AUSTIN, TEXAS 78711-2487
512.427.1350; 1.877.953.5535
FAX: 512.427.4167

/s/ Cynthia Canfield Hamilton
CYNTHIA CANFIELD HAMILTON
SENIOR APPELLATE COUNSEL
STATE BAR OF TEXAS
cynthia.hamilton@texasbar.com
STATE BAR CARD NO. 00790419
ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

This is to certify that Appellant's attorney, Mr. John MacVane, indicated on October 16, 2015, that Appellant does not oppose the requested extension.

/s/ Cynthia Canfield Hamilton
CYNTHIA CANFIELD HAMILTON

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Unopposed Second Motion for Extension of Time to File Brief has been served on Appellant, Mr. Craig A. Washington, by and through his attorneys of record Mr. Michael A. Stafford, Ms. Katharine David, Stacy R. Obenhaus and Mr. John MacVane, Gardere, Wynne Sewell LLP, 1000 Louisiana, Suite 3400, Houston, Texas 77002-5011, through this Court's electronic filing service provider on the 16th day of October 2015.

/s/ Cynthia Canfield Hamilton
CYNTHIA CANFIELD HAMILTON